


# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**FILED**

In Case No. B-99-056, <u>In the Matter of Victor E. Raimo</u>, the court upon April 6, 1999, made the following order:

```
     Victor E. Raimo, having been suspended from the New
Hampshire Bar Association for nonpayment of his 1997/98 dues and
not having been reinstated within six months of his suspension,
is hereby suspended from the practice of law in this State in
accordance with the provisions of Supreme Court Rule 42A.
```

Distribution:

Victor E. Raimo, Esquire
New Hampshire Bar Association
NH Bar News
James L. DeHart, Esquire
File

                                                          Howard J. Zibel,
                                                          Clerk

NH BAR ASSOCIATION                               B-99-056


In the Matter of Victor E. Raimo

Victor E. Raimo, Esquire
384 Cedar Bridge Road
Barnegat, NJ 08005

NH BAR ASSOCIATION                               B-99-056