U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
JUN 11   11 49 AM '99

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DISCIPLINARY PROCEEDINGS                                BAR-3

Victor E. Raimo, 5901
Date Admitted to USDC Bar: November 16, 1989


SHOW CAUSE ORDER
DISCIPLINE IMPOSED BY OTHER COURTS

The court has received a certified copy of an Order of Suspended from the New Hampshire Supreme Court demonstrating that Victor E. Raimo has been suspended by the New Hampshire Supreme Court.

Pursuant to the provisions of Local Rule 83.5, DR-3, Victor E. Raimo is herewith ordered to show cause, if any he has, why this court should not impose the identical discipline. The response should specifically address the elements listed in DR-3(d) and be filed within thirty (30) days of the service of this order.

The Clerk is herewith directed to serve upon the respondent-attorney, by certified mail, return receipt requested, a copy of this show cause order and of the Order of Suspended received from the New Hampshire Supreme Court.


SO ORDERED.

June 11   1999

Paul Barbadoro
Chief Judge

cc:   Victor E. Raimo, 384 Cedar Bridge Road, Barnegat, NJ 08005