**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to

Street & Number

Post Office, State, & ZIP Code

Postage $

Certified Fee

Special Delivery Fee

Restricted Delivery Fee

Return Receipt Showing to Whom & Date Delivered

Return Receipt Showing to Whom, Date, & Addressee's Address

TOTAL Postage & Fees $

Postmark or Date

PS Form 3800, April 1995

Z 044 264 103

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Victor E. Raimo
384 Cedar Bridge Rd
Barnegat NJ 08005

4a. Article Number
Z 044 264 103

4b. Service Type
☐ Registered  ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

7. Date of Delivery
6·17

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)
[signature]

PS Form 3811, December 1991   ☆U.S. GPO: 1993—352-714   **DOMESTIC RETURN RECEIPT**

**Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services** *(See front).*

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier *(no extra charge).*

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach, and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article **RETURN RECEIPT REQUESTED** adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse **RESTRICTED DELIVERY** on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make an inquiry. 102595-97-B-0145

PS Form **3800**, April 1995 *(Reverse)*

**UNITED STATES POSTAL SERVICE**

**Official Business**

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

JUN 21 1 14 PM '99

SOUTH JERSEY NJ 080
PM
17 JUN
1999

PENALTY FOR PRIVATE USE TO AVOID PAYMENT OF POSTAGE, $300

U.S. MAIL

Print your name, address and ZIP Code here

Clerk's Office
US District Court
55 Pleasant St, Rm 110
Concord, NH 03301-3941

23

