```
                                          U.S. DISTRICT COURT
                                            DISTRICT OF N.H.
                                                 FILED

                                          JUL 23  2 20 PM '99
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF
    Victor E. Raimo
    NH Bar #5901
    Date Admitted to USDC Bar:  November 16, 1989

                        BAR-3
                        DISCIPLINARY PROCEEDING

## ORDER OF SUSPENSION

Having received no response to this court's Show Cause Order issued on June 11, 1999, and served on the respondent-attorney on June 17, 1999,

In accordance with Local Rule 83.5, DR-3, it is ordered that Victor E. Raimo is herewith suspended from the bar of the U.S. District Court for the District of New Hampshire.

July 23 1999

                                         Paul Barbadoro
                                         Chief Judge

cc:    Victor E. Raimo
        Clerk, First Circuit Court of Appeals
        Clerk, US Bankruptcy Court, NH
        ABA Data Bank